1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALBERT ANTONIO TREJO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        )  NO. 2:07-cr-00498-MCE
                                     )
13                  Plaintiff,       )
                                     )  STIPULATION AND ORDER CONTINUING
14       v.                          )  STATUS CONFERENCE
                                     )
15  ALBERT ANTONIO TREJO,            )  Date:  February 28, 2008
                                     )  Time:  9:00 a.m.
16                  Defendant.       )  Judge: Hon. Morrison C. England,
                                     )         Jr.
17  _____ )

18

19        It is hereby stipulated between the parties, Kenneth J. Melikian,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, Supervising Assistant Federal Defender, attorney for defendant

22  ALBERT ANTONIO TREJO, that the Status Conference hearing date of

23  January 24, 2008, is vacated and a new Status Conference hearing date

24  of February 28, 2008, at 9:00 a.m. is hereby set.

25        This continuance is requested because of on-going defense

26  preparation and investigation.

27  ///

28  ///

1      It is further stipulated that the period from January 24, 2008,

2   through and including February 28, 2008, should be excluded pursuant to

3   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4   counsel and defense preparation.

5   Dated:  January 23, 2008            Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7

8                                         /s/ Mary M. French
9                                       MARY M. FRENCH
                                        Supervising Assistant
10                                      Federal Defender
                                        Attorney for Defendant
11                                      ALBERT ANTONIO TREJO

12
    Dated:  January 23, 2008            MCGREGOR W. SCOTT
13                                      United States Attorney

14
                                        /s/  Mary M. French for
15                                           Kenneth J. Melikian

16                                      _____
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
17                                      per telephonic authorization

18

19
    IT IS SO ORDERED.
20

21
     Dated: January 25, 2008
22

23   _____
24   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE
25

26

27

28

-2-