DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT ANTONIO TREJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-00498-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ALBERT ANTONIO TREJO, ) | Date: April 3, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Kenneth J. Melikian, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant ALBERT ANTONIO TREJO, that the Status Conference hearing date of February 28, 2008, is vacated and a new Status Conference hearing date of April 3, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense preparation and investigation, and because the parties are working on a resolution of the matter.

///

1  It is further stipulated that the period from February 28, 2008,
2 through and including April 3, 2008, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:   February 27, 2008              Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Mary M. French
                                        ─────────────────────────────
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ALBERT ANTONIO TREJO


Dated:   February 27, 2008              MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Kenneth J. Melikian
                                        ─────────────────────────────
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
                                        per telephonic authorization



IT IS SO ORDERED.

 Dated: February 29, 2008

                                        ─────────────────────────────
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE


Stipulation and Order                    -2-