1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALBERT ANTONIO TREJO

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,    ) NO. 2:07-cr-00498-MCE
                                  )
13 |              Plaintiff,      )
                                  ) STIPULATION AND ORDER CONTINUING
14 |      v.                      ) STATUS CONFERENCE
                                  )
15 | ALBERT ANTONIO TREJO,        ) Date: May 1, 2008
                                  ) Time: 9:00 a.m.
16 |              Defendant.      ) Judge: Hon. Morrison C. England,
                                  )        Jr.
17 |_____ )

18

19      It is hereby stipulated between the parties, Kenneth J. Melikian,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 ALBERT ANTONIO TREJO, that the Status Conference hearing date of

23 April 3, 2008, is vacated and a new Status Conference hearing date of

24 May 1, 2008, at 9:00 a.m. is hereby set.

25      This continuance is requested because of on-going defense

26 preparation and investigation, and because the parties are working on a

27 resolution of the matter.

28 ///

1 | It is further stipulated that the period from April 3, 2008,
2 | through and including May 1, 2008, should be excluded pursuant to
3 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 | counsel and defense preparation.

5 | Dated: April 1, 2008                    Respectfully submitted,

6 |                                         DANIEL J. BRODERICK
                                            Federal Defender
7 |

8 |
                                             /s/ Mary M. French
9 |                                         _____
                                            MARY M. FRENCH
                                            Supervising Assistant
10 |                                        Federal Defender
                                            Attorney for Defendant
11 |                                        ALBERT ANTONIO TREJO

12 |
      Dated: April 1, 2008                  MCGREGOR W. SCOTT
13 |                                        United States Attorney

14 |
                                            /s/  Mary M. French for
15 |                                              Kenneth J. Melikian

16 |                                        _____
                                            KENNETH J. MELIKIAN
                                            Assistant U.S. Attorney
17 |                                        per telephonic authorization

18 |

19 |
      IT IS SO ORDERED.
20 |

21 |   Dated: April 4, 2008

22 |

23 |                                        _____
                                            MORRISON C. ENGLAND, JR.
24 |                                        UNITED STATES DISTRICT JUDGE

25 |

26 |

27 |

28 |

Stipulation and Order                       -2-