1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALBERT ANTONIO TREJO

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,   )  NO. 2:07-cr-00498-MCE
                               )
13              Plaintiff,     )
                               )  STIPULATION AND ORDER CONTINUING
14     v.                      )  STATUS CONFERENCE
                               )
15 ALBERT ANTONIO TREJO,       )  Date: May 29, 2008
                               )  Time: 9:00 a.m.
16              Defendant.     )  Judge: Hon. Morrison C. England,
                               )         Jr.
17 _____)

18

19      It is hereby stipulated between the parties, Kenneth J. Melikian,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 ALBERT ANTONIO TREJO, that the Status Conference hearing date of

23 May 1, 2008, is vacated and a new Status Conference hearing date of

24 May 29, 2008, at 9:00 a.m. is hereby set.

25      This continuance is requested because of on-going defense

26 preparation and investigation, and because defense counsel is waiting

27 for further information from the Assistant United States Attorney and

28 is also waiting on the results of a drug analysis.

1    It is further stipulated that the period from May 1, 2008, through
2 and including May 29, 2008, should be excluded pursuant to 18 U.S.C.
3 §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
4 and defense preparation.

5 Dated:  April 25, 2008                Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7

8
                                         /s/ Mary M. French
9                                       MARY M. FRENCH
                                        Supervising Assistant
10                                      Federal Defender
                                        Attorney for Defendant
11                                      ALBERT ANTONIO TREJO

12
   Dated:  April 25, 2008               MCGREGOR W. SCOTT
13                                      United States Attorney

14
                                        /s/  Mary M. French for
15                                           Kenneth J. Melikian

16                                      _____
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
17                                      per telephonic authorization

18

19
   IT IS SO ORDERED.
20
21  Dated: April 28, 2008

22
                                        _____
23                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
24

25

26

27

28

-2-