1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALBERT ANTONIO TREJO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,         ) NO. 2:07-cr-00498 MCE
                                       )
13 |               Plaintiff,          )
                                       ) STIPULATION AND ORDER CONTINUING
14 |      v.                           ) STATUS CONFERENCE
                                       )
15 | ALBERT ANTONIO TREJO,             ) Date: July 3, 2008
                                       ) Time: 9:00 a.m.
16 |               Defendant.          ) Judge: Hon. Morrison C. England,
                                       )        Jr.
17 |_____    )

18

19     It is hereby stipulated between the parties, Kenneth J. Melikian,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, Supervising Assistant Federal Defender, attorney for defendant

22  ALBERT ANTONIO TREJO, that the Status Conference hearing date of

23  June 12, 2008, is vacated and a new Status Conference hearing date of

24  July 3, 2008, at 9:00 a.m. is hereby set.

25     This continuance is requested because of on-going defense

26  preparation, investigation, and research and because defense counsel

27  has recently received additional discovery from the government and

28  needs additional time to review it and to discuss it with defendant.

1    It is further stipulated that the period from June 12, 2008,
2 through and including July 3, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:   June 10, 2008                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                       /s/ Mary M. French
                                      _____
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      ALBERT ANTONIO TREJO


Dated:   June 10, 2008                MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Mary M. French for
                                           Kenneth J. Melikian
                                      _____
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
                                      per telephonic authorization



IT IS SO ORDERED.

 Dated: June 11, 2008

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

Stipulation and Order             -2-